**FILED**

2017 JUN 28 P 1:57

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States District Court for the _EASTERN DISTRICT OF VIRGINIA_

District of _ALEXANDRIA DIVISION_

File Number _1:17-CV-498 (LMB/IDD)_

HAMID MAHJOR
  PLAINTIFF

  v.                                              )
                                                  )   Notice of Appeal
GREENPOINT MORTGAGE                               )
FUNDING, INC., et al.                             )
  DEFENDANT                                       )

Notice is hereby given that _HAMID MAHJOR_ (plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the ___4___ Circuit (from the final judgment) (from the order (describing it)) entered in this action on the _28_ day of _JUNE_, 20 _17_.

(s) _[signature]_

Attorney for _PRO SE_

Address: _21 PICKETT LN_

_STAFFORD, VA. 22556_

*[Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal]*

---

\* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2016 SCC

See reverse for additional comments.

See attachments for consolidated opposition to defendants notice to exhibit.

ON 23 JUNE 2017 INSIDE COURT OF LAW INSULTING AND TAKING ALL MY CONSTITUTION RIGHT AWAY NOT ABLE TO PROCESS MY CASE The justice system is being abused through the hands of the Persian Maffia. Not only did the defentants put 11 poisonous snakes in my house on 16 June 2017, but my sister was also murdered three weeks ago due to this case. I was forced from my property due to the snakes and have had tremendous pain from the loss of my sister. I would like to request immediate injunction to the 30 days after the appeal.

DEFANDANT DID NOT PROVIDE PROMISE NOTE BECAUSE IT WAS VOIDED IN 2008 BY JUDGE ELLIS INFACT IT IS IN RECORD THERE IS NO VALID PROMISE NOT AT ANYTIME

DEFANDANT DID NOT PROVIDE DID OF TRUSTY WAS VOIDED IN 2008 AT THE SAME TIME NEVER BEEN PROVIDED IN ANY TIME

THIS MORTGAGE BEEN FINANCED LOAN WAS IN SOMEONE ELSE'S NAME AND IT IS FELONY STRAW PURCHASE